**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 23−46709−tjt
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Joseph D. Spinali
28057 McKenzie Drive
Westland, MI 48185

Social Security No.:
xxx−xx−3706

Employer's Tax I.D. No.:

---

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

- ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature
- ☐ Credit Counseling Certificate
- ☐ Credit Counseling Certificate − Joint Debtor
- ☑ Chapter 13 Statement of Your Current Monthly Income Form 122C−1
- ☑ Chapter 13 Plan
- ☑ Declaration About an Individual Debtor(s) Schedules
- ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney
- ☐ Initial Statement About an Eviction Judgment Against You
- ☐ Schedule A/B
- ☐ Schedule C − Debtor
- ☐ Schedule C − Joint Debtor
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Schedule J−2
- ☑ Schedule A−J
- ☑ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b)
- ☑ Statement of Financial Affairs
- ☑ Summary of Assets and Liabilities
- ☐ Tax ID

The missing document(s) must be filed on or before **8/14/23**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 8/1/23

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court