UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 23-46709

JOSEPH D. SPINALI, Chapter 13

Judge Thomas J. Tucker

Debtor.
__________________________________/

**ORDER REGARDING ATTORNEY FEES AND EXPENSES AWARDED TO THE DEBTOR IN THE COURT'S AUGUST 29, 2024 CONTEMPT ORDER**

On August 29, 2024, the Court entered an order entitled "Order Granting, in Part, the Debtor's Motion for Civil Contempt and Sanctions Against Carrington Mortgage Services, LLC" (Docket # 78, the "August 29, 2024 Order"), which provided, in relevant part:

> 3. Carrington must pay the reasonable attorney fees and expenses incurred by the Debtor in filing and prosecuting the ["Debtor's Motion for Order Imposing Civil Contempt and Sanctions Against Carrington Mortgage Services, LLC, [etc]" (Docket # 74, the "Motion")]. The amount of such reasonable attorney fees and expenses will be determined in a future order, and will be determined by the following procedure:
>
> a. No later than September 12, 2024, counsel for the Debtor must file an itemization of such attorney fees and expenses that complies with the requirements of L.B.R. 7054-1(a)(1) through 7054-1(a)(6) (E.D. Mich.).
>
> b. No later than September 26, 2024, Carrington must file any objections or response to the Debtor's itemization.
>
> c. After the September 26 deadline has passed, the Court may schedule a further hearing, and either with or without holding a further hearing, the Court then will enter an order determining the amount of such reasonable attorney fees and expenses that Carrington must pay.[Footnote 2]
>
> [Footnote] 2 As an alternative to the procedures specified in this Order, if at any point the parties agree on the amount of such

reasonable attorney fees and expenses, then the parties may file a stipulation and submit a proposed order.

The Debtor has failed to file the itemization of attorney fees and expenses required by the August 24, 2004 Order. The deadline for doing so was September 12, 2024. Nor has the Debtor filed a stipulation and submitted a proposed stipulated order by which the parties agree to the amount of attorney fees and expenses to be paid to the Debtor by Carrington Mortgage Services, LLC.

For these reasons,

IT IS ORDERED that Carrington Mortgage Services, LLC need not pay the Debtor any attorney fees or expenses under paragraph 3 of the August 24, 2024 Order (Docket # 78).

**Signed on September 26, 2024**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**