**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re:<br>Joseph D. Spinali,<br>Debtor. | Case No: 23-46709<br>Chapter: 13<br>Judge: Maria L. Oxholm |

## WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

**PLEASE TAKE NOTICE** that Carrington Mortgage Services, LLC, through its attorneys, Randall S. Miller & Associates, P.C. hereby withdraws the Notice of Postpetition Mortgage Fees, Expenses and Charges filed on December 20, 2023 as Docket Entry #42.

Dated: February 2, 2025

Respectfully Submitted,
Randall S. Miller & Associates, P.C.

*/s/ James M. McArdle*

James M. McArdle (P82443)
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
bankruptcy@rsmalaw.com
(248) 335-9200

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re:<br>Joseph D. Spinali,<br>Debtor. | Case No: 23-46709<br>Chapter: 13<br>Judge: Maria L. Oxholm |

---

**CERTIFICATE OF SERVICE**

The undersigned states that on February 2, 2025, copies of the Withdrawal were served upon the following parties:

| | | |
|---|---|---|
| Debtor<br>Joseph D. Spinali<br>28057 MacKenzie Drive<br>Westland, MI 48185<br>**VIA REGULAR MAIL** | Debtor's Attorney<br>Samuel Firebaugh<br>38545 Ford Road<br>Suite 104<br>Westland, MI 48185<br>**VIA ECF** | Chapter 13 Trustee<br>Tammy L. Terry<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226<br>**VIA ECF** |

Via first class mail, with proper postage affixed thereto to Debtor and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

The above is true to the best of my information, knowledge and belief.

/s/ Matthew Grubba
Randall S. Miller & Associates, LLC
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
(248) 335-9200
bankruptcy@rsmalaw.com